```
                                        ┌─────────────────────────┐
                                        │        FILED            │
                                        │   ┌─────────────────┐   │
                                        │   │                 │   │
                                        │   │   JUN 1 0 2013   │   │
                                        │   │                 │   │
                                        │   └─────────────────┘   │
                                        │ CLERK, U.S. DISTRICT COURT│
                                        │   DISTRICT OF NEVADA     │
                                        │ BY_____DEPUTY│
                                        └─────────────────────────┘
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:11-CR-334-APG-(PAL) |
| TESHAE GALLON, | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on June 10, 2013, defendant TESHAE GALLON pled guilty to Count Two a Five-Count Criminal Indictment charging her with Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___.

This Court finds defendant TESHAE GALLON agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and the Bill of Particulars and agreed to in the Plea Agreement. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 21; Plea Agreement, ECF No. ___.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars, the Plea Agreement, and the offense to which defendant TESHAE GALLON pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 21; Plea Agreement, ECF No. ___.

1   The following asset is subject to forfeiture pursuant to Title 18, United States Code, Section

2   924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c):

3           1.    Revelation Western Auto Supply Company, Model R310AB, 12-gauge pump

4                action shotgun, serial #H518278;

5           2.    Any and all firearms; and

6           3.    Any and all ammunition ("property").

7   This Court finds the United States of America is now entitled to, and should, reduce the

8   aforementioned property to the possession of the United States of America.

9   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

10   United States of America should seize the aforementioned property.

11   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

12   TESHAE GALLON in the aforementioned property is forfeited and is vested in the United States of

13   America and shall be safely held by the United States of America until further order of the Court.

14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

15   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

16   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

17   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

18   the name and contact information for the government attorney to be served with the petition,

19   pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

20   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

21   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

22   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

23   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

24   following address at the time of filing:

25   . . .

26   . . .

1 | Michael A. Humphreys
Assistant United States Attorney
2 | Daniel D. Hollingsworth
Assistant United States Attorney
3 | Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
4 | Las Vegas, Nevada 89101

5     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

6 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

7 following publication of notice of seizure and intent to administratively forfeit the above-described

8 property.

9     DATED this _10_ day of ___June___, 2013.

10

11

12                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26