**FILED**

SEP 19 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-334-APG-(GWF) |
| TESHAE GALLON, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

On June 11, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant TESHAE GALLON to the criminal offense, forfeiting specific property alleged in the Criminal Indictment and Bill of Particulars and shown by the United States to have the requisite nexus to the offense to which defendant TESHAE GALLON pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 21; Change of Plea Minutes, ECF No. 71; Plea Agreement, ECF No. 73; Preliminary Order of Forfeiture, ECF No. 72.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 19, 2013, through July 18, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 82.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the
4  time for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United
9  States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be
10 disposed of according to law:

11    1.  Revelation Western Auto Supply Company, Model R310AB, 12-gauge pump
12        action shotgun, serial #H518278;
13    2.  Any and all firearms; and
14    3.  Any and all ammunition ("property").

15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
16 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
17 any income derived as a result of the United States of America's management of any property
18 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
19 according to law.

20 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
21 certified copies to the United States Attorney's Office.

22 DATED this ___ day of _____, 2013.

23
24                                                              _____
25                                                              UNITED STATES DISTRICT JUDGE
26